# ABV  Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

www.ABV.com

Lauren J. Pincus
Direct: 212.616.7057
lpincus@abv.com

**MEMO ENDORSED**

January 9, 2020

BY ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020
```

The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

*Eugene Duncan et al. v. 38 West 26th Street Restaurant Corp.*
(No. 19-Civ.-7926)

Dear Judge Caproni:

We represent defendant 38 West 26th Street Restaurant Corp. and write on behalf of all parties in the above-captioned action. Pursuant to Your Honor's Individual Rule 2.C, we respectfully request an adjournment of the Rule 16 Initial Pretrial Conference, currently scheduled for January 24, 2020, and the deadline for submission of the accompanying joint letter and proposed Civil Case Management Plan and Scheduling Order. The parties request this adjournment in order to avoid burdening the Court and to conserve party resources while we continue settlement discussions.

This is the first such request for an adjournment and all parties consent. In order to accommodate counsel's long-scheduled vacation and to provide adequate time for settlement discussions, the parties respectfully propose February 21, 2020 and March 13, 2020, each at 10:00 a.m., as alternative dates.

Application GRANTED. The IPTC scheduled for January 24, is ADJOURNED to **February 21, 2020, at 10:00 a.m.** The parties' joint preconference letter and proposed Case Management Plan are due no later than **February 23, 2020**.

SO ORDERED.

*/s/ Valerie Caproni*   1/9/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Lauren J. Pincus*
Lauren J. Pincus